**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lovi, Inc. d/b/a Fontano's South Naperville** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1506420** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2879 W. 95th Street** **Unit #195** **Naperville, IL 60564** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Will** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.fontanossubsnaperville.com/** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Lovi, Inc. d/b/a Fontano's South Naperville**   Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**    Case number (if known) _____
          Name

**11. Why is the case filed in** *Check all that apply:*
**this district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ☑ No
**have possession of any**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

███ **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
**available funds**

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☑ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
**creditors**    ☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
                 ☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000
                 ☐ 200-999

**15. Estimated Assets**    ☑ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**    ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
                                 ☑ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**
Name

Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2018**
                MM / DD / YYYY

**X** **/s/ Kevin Miller** _____       **Kevin Miller** _____
Signature of authorized representative of debtor        Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Alex Pirogovsky** _____       Date  **February 26, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**Alex Pirogovsky 6256978**
Printed name

**Pirogovsky Law, Ltd.**
Firm name

**3000 Dundee Rd.**
**Suite 413**
**Northbrook, IL 60062**
Number, Street, City, State & ZIP Code

Contact phone  **(847) 999-0832**       Email address  **alex@alexplaw.com**

**6256978 IL**
Bar number and State

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02-26-2018
                    MM / DD / YYYY

X _____     Kevin Miller
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

X     /s/ Alex Pirogovsky     Date     02/26/2018
Signature of attorney for debtor          MM / DD / YYYY

**Alex Pirogovsky 6256978**
Printed name

**Pirogovsky Law, Ltd.**
Firm name

**3000 Dundee Rd.**
**Suite 413**
**Northbrook, IL 60062**
Number, Street, City, State & ZIP Code

Contact phone   **(847) 999-0832**   Email address   **alex@alexplaw.com**

**6256978 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration   **Business Income and Expenses**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02-26-18        x _____
                              Signature of individual signing on behalf of debtor

                              **Kevin Miller**
                              Printed name

                              **President**
                              Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*................................................................    $      **0.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................    $      **18,136.53**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................    $      **18,136.53**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      **0.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      **51,968.65**

4.   **Total liabilities** .....................................................................................
    Lines 2 + 3a + 3b      $      **51,968.65**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO Harris** | **Checking** | **7753** | **$1,136.53** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,136.53 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit for Shopping Center Lease** | **$2,500.00** |
|---|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $2,500.00 |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**    Case number *(If known)* _____
　　　　　Name

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Dry Goods** | | **$0.00** | **Liquidation** | **$200.00** |

20.　　**Work in progress**

21.　　**Finished goods, including goods held for resale**

22.　　**Other inventory or supplies**

23.　　**Total of Part 5.**
　　　　Add lines 19 through 22.  Copy the total to line 84.

| **$200.00** |
|---|

24.　　**Is any of the property listed in Part 5 perishable?**
　　　　☐ No
　　　　■ Yes

25.　　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　　☐ No
　　　　■ Yes. Book value _____ **0** Valuation method _____ Current Value _____ **0**

26.　　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

Official Form 206A/B　　　　Schedule A/B Assets - Real and Personal Property　　　　page 2

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**                    Case number *(If known)* _____
          Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Plastic Highchairs (Qty. 4)** | **$0.00** | **Liquidation** | **$240.00** |
| | **Wooden Highchairs (Qty. 4)** | **$0.00** | **Liquidation** | **$100.00** |
| | **Short Metal Chairs (Qty. 13)** | **$0.00** | **Liquidation** | **$780.00** |
| | **Highback Metal Chairs (Qty. 19)** | **$0.00** | **Liquidation** | **$1,425.00** |
| | **4-Seat Low Tables (Qty. 3)** | **$0.00** | **Liquidation** | **$300.00** |
| | **4-Seat High Tables (Qty. 2)** | **$0.00** | **Liquidation** | **$200.00** |
| | **2-Seat High Tables (Qty. 4)** | **$0.00** | **Liquidation** | **$400.00** |
| 40. | **Office fixtures** **Stainless Steel Tables (Qty. 5)** | **$0.00** | **Liquidation** | **$250.00** |
| | **Stainless Steel Racks (Qty. 10)** | **$0.00** | **Liquidation** | **$480.00** |
| | **Neon Signs (Qty. 2)** | **$0.00** | **Liquidation** | **$10.00** |
| | **Adcraft Portable Steam Table Model RDFW 1200W (Qty. 2)** | **$0.00** | **Liquidation** | **$60.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Kolpak Walk-In Cooler 0010651 CLR (8x10x7.5)** | **$0.00** | **Liquidation** | **$1,000.00** |
| | **Kolpak Walk-In Freezer 0010652 FZR (6x8x7.5)** | **$0.00** | **Liquidation** | **$3,000.00** |
| | **Tor Rey Scale L-PC 40L** | **$0.00** | **Liquidation** | **$50.00** |
| | **Toaster Oven** | **$0.00** | **Liquidation** | **$30.00** |
| | **Turbo Air Prep Cooler 2-Door Model MST-48-18** | **$0.00** | **Liquidation** | **$1,500.00** |
| | **Turbo Air Prep Cooler 3-Door Model MST-72** | **$0.00** | **Liquidation** | **$1,500.00** |
| | **Panasonic Microwave Model NE-1054F** | **$0.00** | **Liquidation** | **$100.00** |

Debtor   **Lovi, Inc. d/b/a Fontano's South Naperville**          Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **Manitowac Ice Maker** | $0.00 | **Liquidation** | $1,500.00 |
| **Berkel Meat Slicer** | $0.00 | **Liquidation** | $600.00 |
| **Television sets (Sony, Samsung, Compass)** | $0.00 | **Liquidation** | $225.00 |
| **Cash Register** | $0.00 | **Liquidation** | $25.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                               $13,775.00
Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|     **6-foot Ladder** | $0.00 | **Liquidation** | $20.00 |
|     **Pans/Utensils/Trays** | $0.00 | **Liquidation** | $340.00 |
|     **Trash Can Holders (Qty. 2)** | $0.00 | **Liquidation** | $100.00 |
|     **Mop Bucket** | $0.00 | **Liquidation** | $25.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lovi, Inc. d/b/a Fontano's South Naperville** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Picture Frames (Qty. 80)** | $0.00 | Liquidation | $40.00 |

---

**51.** **Total of Part 8.**  
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$525.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**  
■ No  
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**  
■ No  
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.  
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.  
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** **Fontano's brand** | $0.00 | | Unknown |

**66.** **Total of Part 10.**  
Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**  
■ No  
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**  
■ No  
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**  
■ No  
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lovi, Inc. d/b/a Fontano's South Naperville** | Case number *(If known)* | |
|--------|--------|--------|--------|
| | Name | | |

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Lovi, Inc. d/b/a Fontano's South Naperville** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,136.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,775.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $525.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,136.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,136.53 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Lovi, Inc. d/b/a Fontano's South Naperville**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.81** |
|---|---|---|---|
| | **BMO Harris** <br> **PO Box 6201** <br> **Carol Stream, IL 60197** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Overdraft protection account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,896.94** |
|---|---|---|---|
| | **Chase Ink Card Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Credit Card__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$426.58** |
|---|---|---|---|
| | **City of Naperville** <br> **400 S. Eagle St.** <br> **Naperville, IL 60540** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Utility__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370.10** |
|---|---|---|---|
| | **Comcast** <br> **PO Box 3001** <br> **Southeastern, PA 19398** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Utility__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Lovi, Inc. d/b/a Fontano's South Naperville | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,671.00 |
|---|---|---|
| **Fontano's Subs, Inc.**<br>1058 W. Polk St.<br>Chicago, IL 60607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $908.88 |
|---|---|---|
| **Gonnella Baking Co.**<br>1117 E. Wiley Rd.<br>Schaumburg, IL 60173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,162.72 |
|---|---|---|
| **Greco and Sons, Inc.**<br>1550 Hecht Dr.<br>Bartlett, IL 60103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|
| **Greco Reggi Development, LLC**<br>c/o Edwardo Greco<br>1550 Hecht Road<br>Bartlett, IL 60103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Shopping Center Lease** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,300.96 |
|---|---|---|
| **Kevin Miller**<br>533 S. Canyon Dr.<br>Romeoville, IL 60446 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Loans to Corporation**<br>**Personal payment of corporate debts** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.41 |
|---|---|---|
| **Nicor**<br>PO Box 5407<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Utility** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|
| **Royal Publishing, Inc.**<br>7620 N. Harker Dr.<br>Peoria, IL 61615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Lovi, Inc. d/b/a Fontano's South Naperville | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.41 |
|---|---|---|---|

**Sam's Club**
**PO Box 530981**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.84 |
|---|---|---|---|

**Skyline Distributors, Inc.**
**511 W. Wrightwood**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 51,968.65 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 51,968.65 |

**Fill in this information to identify the case:**

Debtor name  **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Shopping Center Lease** |
| State the term remaining | **1 month** |
| List the contract number of any government contract | |

Greco Reggi Development, LLC
c/o Edwardo Greco
1550 Hecht Road
Bartlett, IL 60103

**Fill in this information to identify the case:**

Debtor name      **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State      Zip Code | | | |
| 2.2 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State      Zip Code | | | |
| 2.3 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State      Zip Code | | | |
| 2.4 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State      Zip Code | | | |

---

**Fill in this information to identify the case:**

Debtor name   **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $18,121.83 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $238,205.28 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $243,562.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Lovi, Inc. d/b/a Fontano's South Naperville**                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Greco and Sons, Inc.**<br>**1550 Hecht Dr.**<br>**Bartlett, IL 60103** | **11/17 - 2/18** | **$10,103.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Kevin Miller**<br>**533 S. Canyon Dr.**<br>**Romeoville, IL 60446**<br>**Owner** | **Every other week** | **$7,325.44** | **Salary** |

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white">**Part 3:**</div>   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<div style="background:black;color:white">**Part 4:**</div>   **Certain Gifts and Charitable Contributions**

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**                    Case number *(if known)* _____

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Pirogovsky Law, Ltd.**<br>**3000 Dundee Rd.**<br>**Suite 413**<br>**Northbrook, IL 60062** | **Attorney Fees (includes filing fee)** | **February 2018** | **$4,335.00** |
| | **Email or website address**<br>**alex@alexplaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Kevin and Jennifer Miller** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**                                    Case number *(if known)* _____

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Pepsi**<br>4610 S. Ulster St.<br>Denver, CO 80210 | **2879 W. 95th Street**<br>**Unit 195**<br>**Naperville, IL 60143** | **Pepsi Machine and Cooler** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **A Barr Sales Co.**<br>9721 W. 57th Street<br>Countryside, IL 60525 | **2879 W. 95th Street**<br>**Unit 195**<br>**Naperville, IL 60143** | **3 CO2 tanks** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Manau Cutlery & Food Equipment**<br>2533 S. Western Ave.<br>Chicago, IL 60608 | **2879 W. 95th Street**<br>**Unit 195**<br>**Naperville, IL 60143** | **5 knives** | **Unknown** |

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor   **Lovi, Inc. d/b/a Fontano's South Naperville**                    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Susan S. Lewis, Ltd.**<br>**1064 104th Street**<br>**Naperville, IL 60564** | **2012 - Present**<br>**Currently, tax**<br>**preparation only** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Kevin Miller**<br>**2879 W. 95th Street**<br>**Unit 195**<br>**Naperville, IL 60143** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Lovi, Inc. d/b/a Fontano's South Naperville**                Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Kevin Miller | 533 S. Canyon Dr. Romeoville, IL 60446 | Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Kevin Miller 533 S. Canyon Rd. Romeoville, IL 60446 | 7325.44 | Every other week | Salary |
| | Relationship to debtor Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      **Lovi, Inc. d/b/a Fontano's South Naperville**                                    Case number *(if known)*

---

**Part 14:**  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 26, 2018**

**/s/ Kevin Miller**                                              **Kevin Miller**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Fill in this information to identify the case:

Debtor name    **Lovi, Inc. d/b/a Fontano's South Naperville**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
  amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02-26-18

_____           **Kevin Miller**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lovi, Inc. d/b/a Fontano's South Naperville**
                                                    Case No.
                                    Debtor(s)        Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **4,335.00** |
| Prior to the filing of this statement I have received | $ | **4,335.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Kevin and Jennifer Miller**

3.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2/26/2018
_____
*Date*

**/s/ Alex Pirogovsky**
**Alex Pirogovsky 6256978**
*Signature of Attorney*
**Pirogovsky Law, Ltd.**
**3000 Dundee Rd.**
**Suite 413**
**Northbrook, IL 60062**
**(847) 999-0832   Fax: (847) 580-4951**
**alex@alexplaw.com**
*Name of law firm*

---

# AP

Alex Pirogovsky
alex@alexplaw.com

PIROGOVSKY LAW, LTD.
3000 Dundee Rd., Ste. 413
Northbrook, IL 60062
847.999.0832
847.580.4951 Fax

February 6, 2018

*Via Electronic Mail*
*kmfontanos@gmail.com*

Kevin Miller
Lovi, Inc.
2879 W. 95th Street
Unit 195
Naperville, IL 60143

**RE:   Engagement Agreement**

Dear Mr. Miller:

Thank you for the opportunity to represent Lovi, Inc. ("Lovi") in connection with its bankruptcy matter. This letter will serve as my initial retention letter. It confirms the basic terms of Pirogovsky Law, Ltd.'s ("APLaw's") professional relationship with Lovi.

## Legal Services

APLaw will perform legal services in connection with Lovi's Chapter 7 bankruptcy filing. The legal services will include all aspects of the bankruptcy case under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case") EXCEPT representation in connection with any adversary proceedings that may be brought against Lovi, which will not be provided hereunder. In the event that an adversary proceeding is brought against Lovi, Lovi will need to retain me, or other counsel, separately to represent Lovi in connection with such adversary proceeding.

## Advance Payment Retainer

In exchange for the above, concurrently with the execution of this letter, Lovi will make a payment to me of $4,335.00 for legal fees and related out-of-pocket expenses, which includes $335.00 for the Chapter 7 filing fee. This payment will be an advance payment retainer ("Advance Retainer"). The Advance Retainer will cover all services and expenses related to Lovi's Chapter 7 case except as provided in the Legal Services section above. The Advance Retainer will be deposited in APLaw's operating account, not in the firm's client trust account, and will be property of APLaw upon receipt.

Kevin Miller
Lovi, Inc.
February 6, 2018
Page Two

An advance payment retainer consists of a present payment to a lawyer in exchange for the commitment to provide legal services in the future.  Ownership of the retainer passes to the lawyer immediately upon payment.  The lawyer deposits the retainer into his or her general account rather than into a trust account.  Two other types of retainers are recognized in Illinois.  Unlike the advance payment retainer, a general retainer is paid by a client to a lawyer to secure the lawyer's availability during a specified time period or for a specified matter.  This type of retainer is earned when paid and immediately becomes property of the lawyer, regardless of whether the lawyer ever actually performs any services for the client.  Under a security retainer, the funds paid to the lawyer are not present payment for future services; rather, the retainer remains property of the client until the lawyer applies it to charges that are actually rendered.  Any unearned funds are refunded to the client.  The purpose of a security retainer is to secure payment of fees for future services that the lawyer is expected to perform. The Illinois Rules of Professional Conduct require that a security retainer be deposited in a trust account and kept separate from the lawyer's own property.

As a prospective client of APLaw Lovi has the option to direct that the $4,335.00 retainer which APLaw is requesting be treated as a security retainer.  The choice between a security retainer and an advance payment retainer is Lovi's alone.  Please be advised, however, that funds paid as a security retainer are subject to the claims of Lovi's creditors.  Because of Lovi's current financial position, I believe there is a significant risk that one or more of Lovi's creditors could assert a claim to a security retainer if Lovi were to pay APLaw such a retainer.  The firm is unwilling to accept such a risk and is, therefore, unwilling to represent Lovi if Lovi chooses to treat the $4,335.00 retainer which I have requested as a security retainer.

If the foregoing arrangement is acceptable to Lovi, please indicate so by signing and returning a copy of this letter to me with payment, which must be made in full prior to the filing of the Chapter 7 Case.

If you have any questions, please do not hesitate to contact me.

Yours very truly,

Alex Pirogovsky

Terms acknowledged and accepted:

Lovi, Inc.

By: _____     2-8-18
   Kevin Miller, President              Date

# A P

Alex Pirogovsky
alex@alexplaw.com

PIROGOVSKY LAW, LTD.
3000 Dundee Rd., Ste. 413
Northbrook, IL 60062
847.999.0832
847.580.4951 Fax

February 6, 2018

*Via Electronic Mail*
*kmfontanos@gmail.com*

Kevin Miller
Lovi, Inc.
2879 W. 95th Street
Unit 195
Naperville, IL 60143

RE:    **Engagement Agreement**

Dear Mr. Miller:

Thank you for the opportunity to represent Lovi, Inc. ("Lovi") in connection with its bankruptcy matter. This letter will serve as my initial retention letter. It confirms the basic terms of Pirogovsky Law, Ltd.'s ("APLaw's") professional relationship with Lovi.

## Legal Services

APLaw will perform legal services in connection with Lovi's Chapter 7 bankruptcy filing. The legal services will include all aspects of the bankruptcy case under Chapter 7 of the United States Bankruptcy Code (the "Chapter 7 Case") EXCEPT representation in connection with any adversary proceedings that may be brought against Lovi, which will not be provided hereunder. In the event that an adversary proceeding is brought against Lovi, Lovi will need to retain me, or other counsel, separately to represent Lovi in connection with such adversary proceeding.

## Advance Payment Retainer

In exchange for the above, concurrently with the execution of this letter, Lovi will make a payment to me of $4,335.00 for legal fees and related out-of-pocket expenses, which includes $335.00 for the Chapter 7 filing fee. This payment will be an advance payment retainer ("Advance Retainer"). The Advance Retainer will cover all services and expenses related to Lovi's Chapter 7 case except as provided in the Legal Services section above. The Advance Retainer will be deposited in APLaw's operating account, not in the firm's client trust account, and will be property of APLaw upon receipt.

Kevin Miller
Lovi, Inc.
February 6, 2018
Page Two

An advance payment retainer consists of a present payment to a lawyer in exchange for the commitment to provide legal services in the future. Ownership of the retainer passes to the lawyer immediately upon payment. The lawyer deposits the retainer into his or her general account rather than into a trust account. Two other types of retainers are recognized in Illinois. Unlike the advance payment retainer, a general retainer is paid by a client to a lawyer to secure the lawyer's availability during a specified time period or for a specified matter. This type of retainer is earned when paid and immediately becomes property of the lawyer, regardless of whether the lawyer ever actually performs any services for the client. Under a security retainer, the funds paid to the lawyer are not present payment for future services; rather, the retainer remains property of the client until the lawyer applies it to charges that are actually rendered. Any unearned funds are refunded to the client. The purpose of a security retainer is to secure payment of fees for future services that the lawyer is expected to perform. The Illinois Rules of Professional Conduct require that a security retainer be deposited in a trust account and kept separate from the lawyer's own property.

As a prospective client of APLaw Lovi has the option to direct that the $4,335.00 retainer which APLaw is requesting be treated as a security retainer. The choice between a security retainer and an advance payment retainer is Lovi's alone. Please be advised, however, that funds paid as a security retainer are subject to the claims of Lovi's creditors. Because of Lovi's current financial position, I believe there is a significant risk that one or more of Lovi's creditors could assert a claim to a security retainer if Lovi were to pay APLaw such a retainer. The firm is unwilling to accept such a risk and is, therefore, unwilling to represent Lovi if Lovi chooses to treat the $4,335.00 retainer which I have requested as a security retainer.

If the foregoing arrangement is acceptable to Lovi, please indicate so by signing and returning a copy of this letter to me with payment, which must be made in full prior to the filing of the Chapter 7 Case.

If you have any questions, please do not hesitate to contact me.

Yours very truly,

Alex Pirogovsky

Terms acknowledged and accepted:

Lovi, Inc.

By: _____      2-8-18
     Kevin Miller, President          Date

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Lovi, Inc. d/b/a Fontano's South Naperville__

Debtor(s)

Case No. _____

Chapter   __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __13__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  _02 - 26 -18_____

_____

**Kevin Miller/President**
Signer/Title

BMO Harris
PO Box 6201
Carol Stream, IL 60197

Chase Ink Card Services
PO Box 15298
Wilmington, DE 19850

City of Naperville
400 S. Eagle St.
Naperville, IL 60540

Comcast
PO Box 3001
Southeastern, PA 19398

Fontano's Subs, Inc.
1058 W. Polk St.
Chicago, IL 60607

Gonnella Baking Co.
1117 E. Wiley Rd.
Schaumburg, IL 60173

Greco and Sons, Inc.
1550 Hecht Dr.
Bartlett, IL 60103

Greco Reggi Development, LLC
c/o Edwardo Greco
1550 Hecht Road
Bartlett, IL 60103

Kevin Miller
533 S. Canyon Dr.
Romeoville, IL 60446

Nicor
PO Box 5407
Carol Stream, IL 60197

Royal Publishing, Inc.
7620 N. Harker Dr.
Peoria, IL 61615

Sam's Club
PO Box 530981
Atlanta, GA 30353


Skyline Distributors, Inc.
511 W. Wrightwood
Elmhurst, IL 60126

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lovi, Inc. d/b/a Fontano's South Naperville**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Lovi, Inc. d/b/a Fontano's South Naperville**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

2/26/2018

Date

/s/ Alex Pirogovsky

**Alex Pirogovsky 6256978**
Signature of Attorney or Litigant
Counsel for    **Lovi, Inc. d/b/a Fontano's South Naperville**
**Pirogovsky Law, Ltd.**
**3000 Dundee Rd.**
**Suite 413**
**Northbrook, IL 60062**
**(847) 999-0832 Fax:(847) 580-4951**
**alex@alexplaw.com**